

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

June 2, 2008

By Hand

Honorable Lewis A. Kaplan
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007

    Re:  **Juan J. Cortes v. Astrue**
         **08 Civ. 2815 (LAK)**

Dear Judge Kaplan:

    This Office represents the Commissioner of Social Security, defendant in the above-captioned action. I write respectfully to request a sixty day extension of defendant's time, from June 2, 2008 to August 1, 2008, to answer or move with respect to the complaint.

    On May 2, 2008, this Office wrote to plaintiff *pro se* seeking his consent to this request. To date, he has not responded. This is defendant's first request for an extension, as the answer is due today.

*Request granted.*

**SO ORDERED**

*Ronald Ellis 6-4-08*

**MAGISTRATE JUDGE RONALD L. ELLIS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-08

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

BY: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Juan J. Cortes, Plaintiff Pro Se
    (By Overnight Mail)