**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-27-03
```

*86 Chambers Street*
*New York, New York 10007*

August 25, 2008

By Hand

Honorable Ronald L. Ellis
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1970
New York, New York 10007

      Re:  **Juan J. Cortes v. Astrue**
           **08 Civ. 2815 (LAK)**

Dear Judge Ellis:

      This Office represents the Commissioner of Social Security, defendant in the above-captioned action. I write respectfully to request that the conference scheduled for August 28, 2008, at 10:00 a.m., be adjourned to a time and date after September 3, 2008.

      The reason for this request is that the parties are exploring the possibility of entering into a stipulation of remand. In addition, Ms. Rannylin Dalley, Esq., plaintiff's attorney, informed me that she will be away from her office on August 28, 2008. Today, I spoke with Ms. Goring-Piard, Esq., Ms. Dalley's colleague. Ms. Piard confirmed Ms. Dalley's absence from the office until September 3, 2008, and she concurs with the request for an adjournment of the conference.

Thank you for your consideration of this request.

*Conference adjourned to 9-13-08, at 10 a.m.*

**SO ORDERED**
*Ronald Ellis  8-27-08*
**MAGISTRATE JUDGE RONALD L. ELLIS**

Respectfully,

MICHAEL J. GARCIA
United States Attorney

BY: *Leslie A. Ramirez Fisher*
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Rannylin S. Dalley, Esq.
    (By Overnight Mail)

2