MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
JUAN J. CORTES,                 :
                                :
            Plaintiff,          :
                                :
     - v. -                     :
                                :    STIPULATION AND ORDER
MICAHEL J. ASTRUE,              :    08 Civ. 2815 (LAK)(RLE)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-08

further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
August 19, 2008

          RANNYLIN S. DALLEY
          PIARD DALLEY, PLLC
          Attorneys for Plaintiff

          By: _____
          RANNYLIN S. DALLEY, ESQ.
          1916 Park Avenue
            Suite 624
          New York, New York  10037
          Telephone No.: (212) 281-2230

          MICHAEL J. GARCIA
          United States Attorney
          Southern District of New York
          Attorney for Defendant

          By: _____
          LESLIE A. RAMIREZ-FISHER
          Assistant United States Attorney
          86 Chambers Street - 3rd Floor
          New York, New York  10007
          Telephone No.: (212) 637-0378
          Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____ 9-2-08
UNITED STATES ~~DISTRICT~~ JUDGE
      MAGISTRATE